AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**REBECCA OLIVER,**

    **Plaintiff,**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  C2-11-447**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the OPINION AND ORDER filed September 6, 2012, the decision of the Commissioner is REVERSED and this case is REMANDED to the Commissioner of Social Security for further consideration of the plaintiff's residual functional capacity. FINAL JUDGMENT is hereby entered pursuant to Sentence 4 of 42 U.S.C. § 405(g).**

Date: September 6, 2012                        JOHN HEHMAN, CLERK

                                                      */S/ Andy F. Quisumbing*
                                                      (By) Andy F. Quisumbing
                                                     Courtroom Deputy Clerk